# IN THE SUPREME COURT OF THE STATE OF NEVADA

ONTHEGO WIRELESS, LLC; AND THE STATE OF NEVADA,

        Appellants,

vs.

CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, A DELAWARE GENERAL PARTNERSHIP; SPRINT SOLUTIONS, INC., A DELAWARE CORPORATION; T-MOBILE USA, A DELAWARE CORPORATION; AND NEW CINGULAR WIRELESS AND NATIONAL ACCOUNTS, LLC, D/B/A CINGULAR WIRELESS, N/K/A AT&T MOBILITY NATIONAL ACCOUNTS LLC, A DELAWARE LIMITED LIABILITY COMPAY,

        Respondents.

No. 80012

FILED

FEB 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of dismissal. Second Judicial District Court, Washoe County; Bridget E. Robb, Judge.

The parties have filed a joint motion to dismiss this appeal and for remand to the district court to approve settlement agreements the parties have reached. The parties further request that, should the district court fail to approve any settlement agreement, any party may move to reinstate the appeal.

The joint motion is granted as follows: this appeal is dismissed without prejudice to the parties' right to seek reinstatement if the relief

20-06264

sought in the district court is not granted.[1] The parties shall bear their own fees and costs.

It is so ORDERED.[2]

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]Any motion to reinstate this appeal must be filed within 28 days of entry of the district court's order denying the requested relief.

[2]Upon the dismissal of this appeal on the parties stipulation, jurisdiction over the underlying case automatically returns to the district court, rendering a remand unnecessary.

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Bridget E. Robb, District Judge
Jonathan L. Andrews, Settlement Judge
Attorney General/Carson City
Susman Godfrey L.L.P./Los Angeles
Constantine Cannon LLP
Susman Godfrey L.L.P./New York
Susman Godfrey L.L.P./Houston
Matthew L. Sharp, Ltd.
Greenberg Traurig, LLP/Las Vegas
King & Spalding LLP/Palo Alto
Greenberg Traurig, LLP/Sacramento
King & Spalding LLP/Washington DC
Lewis Roca Rothgerber Christie LLP/Reno
Snell & Wilmer, LLP/Reno
Hutchison & Steffen, LLC/Reno
Williams & Connolly LLP
Hutchison & Steffen, LLC/Las Vegas
Greenberg Traurig, LLC/New Jersey
Greenberg Traurig LLP/Los Angeles
Perkins Coie, LLP/Seattle
King & Spalding LLP/Sacramento
Washoe District Court Clerk